**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

LOUIS VENNELL,

    Plaintiff,

v.                                                Case No. Case 8:14-cv-1816-T-24MAP

MIDNIGHT VELVET, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, LOUIS VENNELL, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                  RESPECTFULLY SUBMITTED,

                                                  By:  /s/ Shireen Hormozdi
                                                        Shireen Hormozdi
                                                        Krohn & Moss, Ltd
                                                        10474 Santa Monica Blvd., Suite 405
                                                        Los Angeles, CA 90025
                                                         Phone:  (323) 988-2400 ext. 267
                                                        Fax:   (866) 861-1390
                                                         Attorney for Plaintiff
                                                        FBN: 0882461

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff