## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

LOUIS VENNELL,

        Plaintiff,

v.                              Case No. Case 8:14-cv-01816-SCB-MAP

MIDNIGHT VELVET, INC.,

        Defendant.

_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, LOUIS VENNELL, and

Defendant, MIDNIGHT VELVET, INC, stipulate, and the Court hereby orders, as

follows:

The dispute between the parties has been settled; therefore, the claims asserted by

Plaintiff, LOUIS VENNELL, against Defendant, MIDNIGHT VELVET, INC, in the

above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R.

Civ. P. 41(a)(1)(ii). Each party to bear his/its own attorneys' fees and costs.

Dated:  April 22, 2015                RESPECTFULLY SUBMITTED,

                              By:  _/s/ Shireen Hormozdi_____
                                Shireen Hormozdi, Esq.
                                FBN: 0882461
                                Krohn & Moss, Ltd
                                10474 Santa Monica Blvd.,
                                Suite 405
                                Los Angeles, CA 90025
                                Phone:  (323) 988-2400
                                Fax:     (866) 861-1390
                                shormozdi@consumerlawcenter.com
                                Attorney for Plaintiff
                                LOUIS VENNELL

Dated:  April 22, 2015                     RESPECTFULLY SUBMITTED,

By:   /s/ Dora F. Kaufman
      Dora F. Kaufman (FBN 771244)
      Email: dfk@lgplaw.com
      Liebler, Gonzalez & Portuondo
      Courthouse Tower - 25th Floor
      44 West Flagler Street
      Miami, FL 33130
      Tel: (305) 379-0400
      Fax: (305) 379-9626
      Attorney for Defendant :
      MIDNIGHT VELVET, INC